**Charles N. IVEY Plaintiff-Appellant**

v.

**Nancy A. BERRYHILL,[1] Acting Commissioner of Social Security Defendant-Appellee**

No. 16-3342

United States Court of Appeals, Eighth Circuit.

Submitted: April 3, 2017

Filed: July 5, 2017

1.  Nancy A. Berryhill has been appointed to     serve as Acting Commissioner of Social Secu-

Frederick S. Spencer, Mountain Home, AR, for Plaintiff-Appellant

Solomon Matthew Boyle, Special Assistant U.S. Attorney, Michelle Marlana Myers Montemayor, Assistant General Counsel, Social Security Administration, Office of General Counsel Region VI, Dallas, TX, Michael McGaughran, for Defendant-Appellee

Before SHEPHERD, MURPHY, and KELLY, Circuit Judges.

PER CURIAM.

Charles N. Ivey appeals the order of the district court[2] affirming the Commissioner's determination that he is not entitled to disability insurance benefits and supplemental security income, after his hearing before an administrative law judge. Upon de novo review, see Lott v. Colvin, 772 F.3d 546, 548-49 (8th Cir. 2014), we are satisfied that the decision is supported by substantial evidence on the record as a whole. The judgment of the district court is affirmed. See 8th Cir. R. 47B.

---

rity, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

2. The Honorable Erin Setser, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).